UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KELVIN SETTLE, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | )   Case No. 4:12CV521 JCH |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant(s). | ) |

**MEMORANDUM AND ORDER**

In accordance with the Memorandum and Order entered this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** with prejudice.

Dated this 7th day of September, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE